177 So. 919

**M. L. EARNEST v. STATE.**
**6 Div. 167.**

Court of Appeals of Alabama.
Dec. 7, 1937.

RICE, Judge.
Appeal dismissed.

185 So. 921

**Man EARNEST v. STATE.**
**6 Div. 355.**

Court of Appeals of Alabama.
Dec. 13, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

189 So. 919

**Johnnie ENGLAND v. STATE.**
**8 Div. 787.**

Court of Appeals of Alabama.
May 23, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

181 So. 919

**Theo ENNIS v. STATE.**
**6 Div. 255.**

Court of Appeals of Alabama.
May 10, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

186 So. 918

**Ben ERSKINE v. STATE.**
**8 Div. 699.**

Court of Appeals of Alabama.
Jan. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

178 So. 923

**Odell ESSLINGER v. STATE.**
**8 Div. 568.**

Court of Appeals of Alabama.
Feb. 1, 1938.

SAMFORD, Judge.
Appeal dismissed.